IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL No. 2445<br><br>Master File No. 2:13-md-02445-MSG |

## ENTRY OF APPEARANCE

Please enter the appearance of Steven D. Shadowen as counsel for Plaintiff United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania.

Dated: July 12, 2013

Respectfully Submitted,

/s/ Steve D. Shadowen
Steve D. Shadowen
HILLIARD & SHADOWEN LLC
39 West Main Street
Mechanicsburg, PA 17055
Tel: (855) 344-3298
steve@hilliardshadowenlaw.com

*Counsel for Plaintiff United Food and Commercial Workers Health and Welfare Fund of Northeastern Pennsylvania*

## CERTIFICATE OF SERVICE

I, Steve Shadowen, hereby certify that I caused to be electronically filed the foregoing Entry of Appearance with the Clerk of Court via CM/ECF. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system. The foregoing document will be sent via e-mail to attorneys not yet registered with the Court's electronic filing system as follows:

Christopher A. Seeger
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100
cseeger@seegerweiss.com

Frank R. Schirripa, Esq.
Michael A. Rose, Esq.
HACH ROSE SCHIRRIPA & CHEVERIE, LLP
185 Madison Avenue, 14th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028
fschirripa@hrsclaw.com
mrose@hrsclaw.com

James R. Dugan, II, Esq.
Douglas R. Plymale, Esq.
David B. Franco, Esq.
Chad Primeaux, Esq.
DUGAN LAW FIRM, APLC
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181

Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue

New Orleans, Louisiana 70113
Ph: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com
ldavis@hhklawfirm.com

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Ph: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsbaw.com
flonger@lfsblaw.com

*Attorneys For Plaintiff Construction & General Laborers' Local 190 Welfare Fund and Proposed End-Payor Class; 2:13-cv-03256 (D.N.J.)*


Dated: July 12, 2013                              Respectfully Submitted,

                                                  /s/ Steve D. Shadowen
                                                  Steve D. Shadowen