IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION | : : : : : | MDL NO. 2445 13-MD-2445 |

## ORDER

**AND NOW**, this 1st day of October, 2013, upon consideration of Plaintiffs and Defendant's proposals for limited discovery, it is hereby **ORDERED** that Defendant shall produce the following materials within thirty (30) days of the date of this order[1]:

- All documents submitted to or received from the Food and Drug Administration relating to Defendant's 2012 Citizen's Petition.

- All documents submitted to or received from the Federal Trade Commission in connection with any investigation of Defendant's conduct with regards to Suboxone.

- The most recent public versions of Defendant's REMS and RiskMAP programs for Suboxone film and tablets.

- Defendant's most recent marketing, advertising and promotional materials relating to Suboxone film and tablets.

**IT IS FURTHER ORDERED** that within thirty (30) days of the completion of any document production in response to any ongoing or future governmental investigation, Defendant shall:

---

[1] In denying Plaintiffs' broader discovery requests, we are not opining on the discoverability of such materials. Rather, this Order is premised on the fact that broader discovery is more properly carried out following the disposition of Defendant's motions to dismiss.

- (a) Produce all relevant, non-confidential documents, (b) object to some or all of such production on the basis of relevance or the need for a protective order and (c) provide Plaintiffs with a proposed protective order if one is necessary.

                                         **BY THE COURT:**

                                         **/s/ Mitchell S. Goldberg**

                                         _____

                                         **Mitchell S. Goldberg, J.**