IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2445<br><br>Master File No. 2:13-MD-2445-MSG |

## WITHDRAWAL OF APPEARANCE

Kindly withdrawal my appearance on behalf of Plaintiff Rochester Drug Co-Operative, Inc.  Other counsel appearing on behalf of Rochester Drug Co-Operative, Inc., will remain in the action.

Dated:  June 3, 2014                                    Respectfully submitted,

A. Luke Smith, Esq.
RADICE LAW FIRM, PC
34 Sunset Blvd.
Long Beach, NJ 08008
Telephone:  (646) 386-7688
Mobile:  (267) 738-0407
Fax:  (609) 385-0745
Email:  lsmith@radicelawfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2014, I caused the foregoing to be served via electronic notice through the Court's CM/ECF system on counsel for all parties registered to be noticed in this matter through CM/ECF.

 

A. Luke Smith, Esq.
PA ID No. 310378