IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445 |
| THIS DOCUMENT RELATES TO: | Master File No. 2:13-MD-2445-MSG |
| *All Actions* | |

### DEFENDANTS' LOCAL CIVIL RULE 7.1(g) MOTION TO RECONSIDER

Pursuant to Local Civil Rule 7.1(g), Defendants Reckitt Benckiser Pharmaceuticals, Inc. ("Reckitt") and Reckitt Benckiser Group plc (collectively, "Defendants") hereby move the Court to reconsider certain issues raised in Reckitt's Motions to Dismiss, but not addressed in the Court's December 3rd opinion. The grounds supporting this request are set forth more fully in the accompanying Memorandum in Support. This Motion will be served on opposing counsel via the Court's CM/ECF system.

WHEREFORE, Defendants respectfully request that the Court grant this motion and reconsider certain issues raised in Reckitt's Motions to Dismiss.

1

Dated: December 17, 2014            **Respectfully submitted,**

                                                     /s/ Kevin D. McDonald

Thomas Demitrack                          Kevin D. McDonald
Brett Bell                                        Mark R. Lentz
JONES DAY                                 JONES DAY
North Point                                 51 Louisiana Avenue, NW
901 Lakeside Avenue                    Washington, DC 20001
Cleveland, Ohio  44114-1190          Telephone: (202) 879-3939
Telephone: (216) 586-3939             Facsimile: (202) 626-1700
Facsimile: (216) 579-0212              E-mail: kdmcdonald@jonesday.com
E-mail: tdemitrack@jonesday.com    E-mail: mrlentz@jonesday.com
E-mail: bbell@jonesday.com

Kimberly A. Brown
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Telephone: (412) 391-3939
Facsimile: (412) 394-7959
E-mail: kabrown@jonesday.com

*Counsel for Defendants Reckitt Benckiser Inc.; Reckitt Benckiser LLC; Reckitt Benckiser Pharmaceuticals, Inc.; Reckitt Benckiser Healthcare (UK) Ltd.; and Reckitt Benckiser Group plc.*