UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL No. 2445<br><br>Master File No. 2:13-md-02245 |
| This Document Relates to:<br><br>*Teamsters Health Services and Insurance Plan Local 404 v. Reckitt Benckiser, Inc., et al.,* No. 2:13-cv-03451-MSG (E.D. Pa.)<br><br>*Construction & General Laborers' Local 190 Welfare Fund v. Reckitt Benckiser, Inc., et al.,* No. 2:13-cv-04430-MSG (E.D. Pa.) | |

## STATEMENT REGARDING SERVICE ON RECKITT BENCKISER GROUP PLC

I am co-counsel for End-Payor Plaintiffs, Teamsters Health Services and Insurance Plan Local 404 and Construction & General Laborers' Local 190 Welfare Fund. As per the Court's Order of December 3, 2014, Plaintiffs have undertaken to effectuate service on Reckitt Benckiser Group PLC, as stated in the attached Declaration of James R. Dugan, II.

Dated: January 5, 2015

Respectfully submitted,

/s/ *James R. Dugan, II*
James R. Dugan, II
Douglas R. Plymale
David B. Franco
Chad Primeaux
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: jdugan@dugan-lawfirm.com

Christopher A. Seeger
Jonathan Shub
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
Tel: (973) 639-9100
Fax: (973) 639-9393

Frank R. Schirripa
Michael A. Rose
HACH ROSE SCHIRRIPA
& CHEVERIE, LLP
185 Madison Avenue, 14th Floor
New York, New York 10016
Tel: (212) 213-8311
Fax: (212) 779-0028

Russ M. Herman
Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Ph: (504) 581-4892
Fax: (504) 561-6024

Arnold Levin
Fred S. Longer
LEVIN, FISHBEIN, SEDRAN
& BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Ph: (215) 592-1500

*Counsel for Teamsters Health Services and Insurance Plan Local 404 and Construction & General Laborers' Local 190 Welfare Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of January, 2015, I electronically filed the foregoing Statement Regarding Service on Reckitt Benckiser Group PLC with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

                */s/ James R. Dugan, II*
                James R. Dugan, II