IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION | : MDL NO. 2445<br>: 13-MD-2445 |
| THIS DOCUMENT APPLIES TO: | |
| *I.B.E.W. 292 Health Care Plan v. Reckitt Benckiser, Inc. et al.*, No. 2:13-cv-2454-MSG | : FILED<br>JAN - 5 2015<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

**ORDER**

**AND NOW,** this 5th day of January, 2015, upon consideration of Plaintiff's "Statement Regarding Service on Reckitt Benckiser Group plc and Reckitt Benckiser Healthcare (UK) Ltd" (Doc. No. 102), it is hereby **ORDERED** that Plaintiff shall file proof service on Reckitt Benckiser Group plc and Reckitt Benckiser Healthcare (UK) Ltd. within thirty (30) days of the date of this Order.

BY THE COURT:

_____
Mitchell S. Goldberg, J.