IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION | : MDL NO. 2445<br>: 13-MD-2445<br>:<br>: |
| THIS DOCUMENT RELATES TO ALL CASES | :<br>: |

## ORDER

AND NOW, this 4th day of February, 2015, it is hereby **ORDERED** that:

- The parties shall meet and confer and jointly submit a proposed discovery plan and scheduling order by **February 27, 2015**.

- If the parties are unable to reach an agreement, the proposed discovery plan and scheduling order shall include alternative provisions proposed by the parties and each party shall submit a separate statement in a letter brief of no more than three pages (single-spaced) succinctly stating their position concerning the provisions on which agreement was not reached.

- A conference regarding the proposals is scheduled for 2:00 p.m. on Thursday, **March 5, 2015**, in Courtroom 4B.

BY THE COURT:

_____
Mitchell S. Goldberg, J.