UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*A.F. of L. – A.G.C. Building Trades Welfare Plan v. Reckitt Benckiser Inc., et al.* No. 2:13-cv-03545-MSG (E.D. Pa.) | MDL No. 2445<br><br>Master File No. 2:13-md-02445-MSG |

**SUPPLEMENTAL DECLARATION OF MICHAEL M. BUCHMAN REGARDING SERVICE ON RECKITT BENCKISER GROUP PLC AND <u>RECKITT BENCKISER HEALTHCARE (UK) LTD</u>**

I, Michael M. Buchman, hereby declare as follows:

1. Pursuant to this Court's Order dated January 15, 2015 requiring Plaintiff A.F. of L. A.G.C. Building Trades Welfare Plan ("Plaintiff") to file proof of service on Reckitt Benckiser Group plc and Reckitt Benckiser Healthcare (UK) Ltd within thirty (30) days, Plaintiff annexes hereto as Exhibit A the Certificate – Attestation on Reckitt Benckiser Group plc. The Certificate – Attestation evidences service of the Summons, original Class Action Complaint and the Consolidated Class Action Complaint on January 15, 2015. Plaintiff will separately file this document on the docket.

2. We understand that service upon Reckitt Benckiser Healthcare (UK) Ltd has been effectuated. We understand that the Certificate - Attestation has been mailed from the United Kingdom as of late last week and should arrive this week. We will timely file the Certificate - Attestation upon receipt without a formal report to Your Honor.

3. If, however, we are unable to timely file the Certificate - Attestation before the deadline on Monday, February 16, 2015 we will advise Your Honor.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Michael M. Buchman
Michael M. Buchman
MOTLEY RICE LLC
600 Third Avenue, Suite 2101
New York, New York 10016
Tel: (212) 577-0050
Fax: (212) 577-0054
mbuchman@motleyrice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2015, I electronically filed the foregoing Supplemental Declaration Regarding Service on Reckitt Benckiser Group plc and Reckitt Benckiser Healthcare (UK) Ltd. With the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Michael M. Buchman
Michael M. Buchman