IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION : | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO ALL CASES : | |

## ORDER

**AND NOW,** this 4th day of March, 2015, it is hereby **ORDERED** that the Rule 16 Conference scheduled for March 5, 2015 is **re-scheduled** for **Thursday, March 12, 2015 at 2:00 p.m., in Courtroom 4B**. Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**