IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION | : MDL NO. 2445<br>: 13-MD-2445<br>:<br>: |
| THIS DOCUMENT APPLIES TO:<br>ALL ACTIONS | :<br>:<br>:<br>: |

## ORDER

**AND NOW,** this 27th day of June, 2016, upon consideration of "Defendant's Objections to the Magistrate Judge's Order on Indivior's Motion to Compel Discovery of Direct Purchaser Plaintiffs" (Doc. No. 208), "Direct Purchaser Plaintiffs' Response to Defendant's Objections to the Magistrate Judge's Order on Indivior's Motion to Compel Discovery of Direct Purchaser Plaintiffs" (Doc. No. 215), "Reply in Support of Defendant's Objections to Magistrate Judge's Order Regarding Motion to Compel Downstream Discovery" (Doc. No. 223), "Notice of Supplemental Authority" (Doc. No. 258), following oral argument and in accordance with the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's objections to Magistrate Judge Timothy R. Rice's February 16, 2016 Order are **SUSTAINED** and Defendant's motion to compel (Doc. No. 178) is **GRANTED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**

1