IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
IN RE SUBOXONE (BUPRENORPHINE : MDL NO. 2445
HYDROCHLORIDE AND NALOXONE) : 13-MD-2445
ANTITRUST LITIGATION :
:
THIS DOCUMENT RELATES TO: :
:
*Wisconsin, et al. v. Indivior Inc. et al.* :
Case No. 16-cv-5073 :
_____:
STATE OF WISCONSIN :
By Attorney General Brad D. Schimel, *et al.* :
: CIV. A. NO. 16-5073
Plaintiffs, :
v. :
:
INDIVIOR INC. f/k/a RECKITT BENCKISER :
PHARMACEUTICALS, INC., et al. :
:
Defendants. :
_____:

## ORDER

**AND NOW**, this 8th day of September, 2017, upon consideration of Defendant Indivior Inc.'s Motion to Dismiss (13-MD-2445, Doc. No. 305; 16-cv-5073, Doc. No. 138), Plaintiffs' Response in Opposition (13-MD-2445, Doc. No. 325; 16-cv-5073, Doc. No. 165), Indivior's Reply Brief (13-MD-2445, Doc. No. 337; 16-cv-5073, Doc. No. 175), Indivior's Notice of Supplemental Authority (13-MD-2445, Doc. No. 392; 16-5073, Doc. No. 201), and Plaintiffs' Response to Indivior's Notice of Supplemental Authority (16-5073, Doc. No. 203), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant Indivior shall file an answer to the Amended Complaint within twenty (20) days from the date of this Order.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**