IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| STATE OF WISCONSIN<br>By Attorney General Brad D. Schimel, *et al.*<br><br>Plaintiffs,<br>v.<br><br>INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.<br><br>Defendants. | CIV. A. NO. 16-5073 |

## ORDER

**AND NOW**, this 16th day of October, 2017, upon consideration of Defendant Reckitt Benckiser Healthcare (UK) Ltd.'s Motion to Dismiss (16-cv-5073, Doc. No. 141), Plaintiffs' Response in Opposition (16-cv-5073, Doc. No. 164), and Reckitt Benckiser Healthcare (UK) Ltd's Reply Brief (16-cv-5073, Doc. No. 174), it is hereby **ORDERED** that the Motion is **GRANTED** and all claims against Defendant Reckitt Benckiser Healthcare (UK) Ltd. are **DISMISSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

**MITCHELL S. GOLDBERG, J.**