IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445 <br> 13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | |
| Wisconsin, et al. v. Indivior Inc. et al. <br> Case No. 16-cv-5073 | |
| STATE OF WISCONSIN <br> By Attorney General Brad D. Schimel, et al. <br><br> Plaintiffs, <br> v. <br><br> INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al. <br><br> Defendants. | CIV. A. NO. 16-5073 |

## ORDER

**AND NOW**, this 25th day of October, 2017, upon consideration of Defendant Indivior PLC's Motion to Dismiss the Amended Complaint (16-cv-5073, Doc. No. 139), Plaintiffs' Response (16-cv-5073, Doc. No. 167), and Defendant's Reply (16-cv-5073, Doc. No. 176), it is hereby **ORDERED** that the Motion is **GRANTED** and all claims against Defendant Indivior PLC are **DISMISSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**