# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO: | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| STATE OF WISCONSIN<br>By Attorney General Brad D. Schimel, *et al.*<br>Plaintiffs,<br>v.<br>INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.<br>Defendants. | CIV. A. NO. 16-5073 |

## ORDER

**AND NOW**, this 30th day of October, 2017, upon consideration of Defendant MonoSol Rx LLC's Motion to Dismiss the Amended Complaint (16-cv-5073, Doc. No. 142), Plaintiffs' Response in Opposition (16-cv-5073, Doc. No. 166), and MonoSol's Reply Brief (16-cv-5073, Doc. No. 173), it is hereby **ORDERED** that the Motion is **DENIED**. Defendant MonoSol shall file an answer to the Amended Complaint within twenty (20) days from the date of this Order.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**