# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALAXONE) ANTITRUST LITIGATION | : <br> : <br> :   MDL NO. 2445 <br> :   13-md-2445 |
| THIS DOCUMENT APPLIES TO ALL ACTIONS | : <br> : <br> : |

## ORDER

**AND NOW**, this 22nd day of May, 2019, upon consideration of Plaintiffs' Motion to Exclude the Untimely Affidavit of Ms. Robin Kinard (Doc. No. 521) and Defendant's Response (Doc. No. 528), and following a telephone conference, it is hereby **ORDERED** that:

1. The Motion to Exclude is **DENIED** as I find that the untimely production of the affidavit was not done in bad faith.

2. Plaintiffs shall have a period of **sixty (60) days** during which they may:

   a. propound document discovery limited to regarding the production and substance of the Kinard affidavit; and

   b. depose Ms. Kinard at a time and place selected by Ms. Kinard and Plaintiffs.

3. Plaintiffs shall have **thirty (30) days** after the close of the limited discovery period in which to amend or supplement their expert reports. Defendant may <u>not</u> amend or supplement its expert reports in response.

4. Defendant is reminded of their representation during the telephone conference that Ms. Kinard will not offer, at trial, any opinions or testimony regarding Defendant's state of mind.

5. The dispositive motion briefing schedule is amended as follows:

   a. Motions for summary judgment are due on or before **September 26, 2019**;

b.  Responsive briefing is due on or before **October 31, 2019**;

c.  Reply briefs are due on or before **November 21, 2019**.

                                  **BY THE COURT:**

                              */s/ Mitchell S. Goldberg*
                              _____
                              **Mitchell S. Goldberg,     J.**