**Deborah Jaskot**

Direct Purchaser Plaintiffs' expert Deborah Jaskot is a 30-year veteran of the pharmaceutical industry, who served in various roles at Sandoz and Teva, and now consults for various pharmaceutical companies. As Teva's Vice President, U.S. Generic Regulatory Affairs & North America Policy, she oversaw all of its regulatory affairs and regulatory policy work, she was integrally involved in obtaining FDA approval of several hundred generic drug applications for a wide variety of different drugs and dosage forms, and she regularly interacted with the FDA. In her opening report, Ms. Jaskot opines regarding two primary issues. First, Ms. Jaskot opines that there were no regulatory hurdles or obstacles that would have prevented approval of Amneal's and Actavis's ANDAs for generic Suboxone between August 22, 2012 and September 1, 2012, assuming that the shared REMS would have been approved by FDA during that time frame. Second, Ms. Jaskot opines that each of the requests in Reckitt's September 25, 2012 citizen petition lacked a reasonably sufficient factual and legal basis and, therefore, a reasonable petitioner would not expect the petition to be granted. She also opines that if she had been in charge of signing off on citizen petitions at Reckitt in 2012, she would not have signed and agreed to file the September 25, 2012 citizen petition. In her rebuttal report, Ms. Jaskot responds to critiques by Reckitt's experts, Dr. Fleischer and Mr. Bradshaw, providing additional evidence to support the opinions in her opening report and rebut their incorrect and/or out-of-context critiques. Ms. Jaskot's opening report was 28 pages, her rebuttal was 27 pages, and her supplemental rebuttal concerning the Kinard deposition (filed pursuant to the Court's Order, and incorporating the late discovery allowed by the Court) was 2 pages.