IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| STATE OF WISCONSIN<br>By Attorney General Brad D. Schimel, *et al.* | |
| Plaintiffs,<br>v.<br>INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.<br>Defendants. | CIV. A. NO. 16-5073 |

## ORDER

**AND NOW**, this 10th day of December, 2019, upon consideration of Plaintiffs' December 3, 2019 letter (Doc. No. 597) and Defendant's December 5, 2019 letter (Doc. No. 598), it is hereby **ORDERED** that Plaintiffs shall be permitted to re-depose Defendant's expert, Dr. Nicholas Fleischer, for a maximum of **five (5) hours** on the subject matters raised in Dr. Fleischer's two sur-rebuttal reports served on May 30, 2019 and June 5, 2019. No further expert depositions will be permitted.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**