IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:,<br><br>*Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073<br><br>STATE OF WISCONSIN<br>By Attorney General Brad D. Schimel, *et al.*<br><br>Plaintiffs,<br>v.<br><br>INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.<br><br>Defendants. | MDL NO. 2445<br>13-MD-2445<br><br><br><br><br><br><br><br><br>CIV. A. NO. 16-5073 |

**ORDER**

**AND NOW**, this 11th day of February, 2020, upon consideration of the parties' letter submissions regarding proposed "Phase I" Daubert motions (Doc. Nos. 608, 609, 610) and following a hearing, it is hereby **ORDERED** that:

1. "Phase I" Daubert motions[1] are due on **April 1, 2020**, as follows:

    a. The Direct Purchaser Plaintiffs may file one omnibus brief of no more than **twenty-five (25)** pages.

    b. The Plaintiff States may file one omnibus brief of no more than **twenty-five (25)** pages.

---

[1] The "Phase I" Daubert motions are motions involving expert opinions that are not impacted by resolution of the issues currently pending before the Third Circuit. They do not include the Daubert motions that the parties propose to file after the class certification decision by the Third Circuit.

    c.    Defendant Indivior may file one brief regarding its proposed "motion to exclude expert opinions asserting or relying upon assertions that alleged Reckitt safety messages were 'false,' 'misleading,' 'disparaging,' 'fabricated,' 'fraudulent,' 'sham,' or 'deceptive'" of no more **than twenty-five (25)** pages.

    d.    Defendant Indivior may file one omnibus brief on the remainder of its proposed "Phase I" Daubert motions of no more than **forty (40) pages**.

2. All responses to the "Phase I" Daubert motions are due **April 17, 2020** and shall be no more than **twenty-five (25)** pages each.

3. No reply briefs will be permitted.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**