IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | : : : : | MDL NO. 2445 13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | : : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* Case No. 16-cv-5073 | : : : | |
| STATE OF WISCONSIN By Attorney General Brad D. Schimel, *et al.* | : : : : | CIV. A. NO. 16-5073 |
| Plaintiffs, v. | : : : : | |
| INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al. | : : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW**, this 24th day of November, 2020, upon consideration of **(1)** the Direct Purchaser Plaintiffs' Motion to Exclude Certain Opinions of Reckitt Experts Nicholas M. Fleischer and Sheldon T. Bradshaw (Civ. A. No. 13-2445, Doc. No. 623; Civ. A. No. 16-5073, Doc. No. 394) and Defendant's Response (Civ. A. No. 13-2445, Doc. No. 629; Civ. A. No. 16-5073, Doc. No. 399); **(2)** the State Plaintiffs' Motion to Exclude the Opinions of Dolores Curtis, Ph.D. (Civ. A. No. 16-5073, Doc. No. 392) and Defendant's Response (Civ. A. No. 13-2445, Doc. No. 628; Civ. A. No. 16-5073, Doc. No. 398); **(3)** Defendant's Omnibus Motion to Exclude Certain Opinions of Nicholas Jewell, Laurence Westreich, Yvonne Tso, Robert Verscharen, Patricia Zettler, and Deborah Jaskot (Civ. A. No. 13-2445, Doc. No. 625; Civ. A. No. 16-5073, Doc. No. 396) and Plaintiffs' Response (Civ. A. No. 13-2445, Doc. No. 631; Civ. A. No. 16-5073, Doc. No.

401); and **(4)** Defendant's Motion to Exclude Plaintiffs' Expert Opinions Asserting or Relying Upon Assertions that Alleged Reckitt Safety Messages Were "False," "Misleading," "Disparaging," "Fabricated," "Fraudulent," "Sham," or "Deceptive" (Civ. A. No. 13-2445, Doc. No. 624; Civ. A. No. 16-5073, Doc. No. 395) and Plaintiffs' Response (Civ. A. No. 13-2445, Doc. No. 630; Civ. A. No. 16-5073, Doc. No. 400), it is hereby **ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART** as set forth in detail in the Court's accompanying Memorandum Opinion.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**