# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| **STATE OF WISCONSIN**<br>By Attorney General Brad D. Schimel, *et al.* | |
| Plaintiffs, | CIV. A. NO. 16-5073 |
| v. | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | |
| Defendants. | |

## ORDER

**AND NOW**, this 19th day of February, 2021, upon consideration of **(1)** Defendant Indivior's Phase II Motion to Exclude Certain of the Opinions of Russell Lamb, Ernst Berndt, Rena Conti, Eric Emch, and the Pricing-Related Opinions of Laurence Westreich, and Yvonne Tso (MDL No. 13-2445, Doc. No. 661) and Plaintiffs' Response (MDL No. 13-2445, Doc. No. 671); **(2)** Defendant Aquestive Therapeutics, Inc.'s Motion to Exclude Dr. Ernst Berndt (MDL No. 13-2445, Doc. No. 660; Civ. A. No. 16-5073, Doc. No. 415) and the State Plaintiffs' Response (MDL No. 13-2445, Doc. No. 674; Civ. A. No. 16-5073, Doc. No. 424); and **(3)** the Direct Purchaser Plaintiffs' Motion for Leave to File an *Amicus* Brief in Opposition to Defendant Aquestive's Motion to Exclude Dr. Berndt (Civ. A. No. 16-5073, Doc. No. 425) and Aquestive's Response (Civ. A. No. 16-5073, Doc. No. 428), it is hereby **ORDERED** that:

1. Indivior's Phase II Motion to Exclude (MDL No. 13-2445, Doc. No. 661) is **DENIED** as set forth in the Court's accompanying Memorandum Opinion.

2. Aquestive's Motion to Exclude (MDL No. 13-2445, Doc. No. 660; Civ. A. No. 16-5073, Doc. No. 415) is **DENIED** as set forth in the Court's accompanying Memorandum Opinion.

3. The Direct Purchaser Plaintiffs' Motion for Leave to File an *Amicus* Brief (Civ. A. No. 16-5073, Doc. No. 425) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**