IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | : : : : | MDL NO. 2445 13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | : : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* Case No. 16-cv-5073 | : : : | |
| STATE OF WISCONSIN By Attorney General Brad D. Schimel, *et al.* | : : : | CIV. A. NO. 16-5073 |
| Plaintiffs, v. | : : : : | |
| INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al. | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 15th day of April, 2021, upon consideration of the Direct Purchaser Plaintiffs ("DPPs") Motion for Leave to File a Third Amended Class Action Complaint (Doc. No. 687), Defendant's letter response (Doc. No. 712) and third-party Reckitt Benckiser Group plc's letter response (Doc. No. 713), it is hereby **ORDERED** that the DPPs' Motion for Leave to File a Third Amended Class Action Complaint is **DENIED**.

It is **FURTHER ORDERED** that RBG's Motion for Extension of Time to File Response (Doc. No. 693) is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**