IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION** | : : : : | **MDL NO. 2445** <br> **13-MD-2445** |
| **THIS DOCUMENT RELATES TO:,** | : : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* <br> Case No. 16-cv-5073 | : : : | |
| **STATE OF WISCONSIN** <br> By Attorney General Brad D. Schimel, *et al.* | : : : | **CIV. A. NO. 16-5073** |
| Plaintiffs, <br> v. | : : : | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 2nd day of September, 2021, upon consideration of the End Payor Class Plaintiffs' Motion to Approve the Form and Manner of Notice to the End Payor Class (Doc. No. 695), Defendant Indivior, Inc.'s Response (Doc. No. 708), and the End Payor Class Plaintiffs' Reply Brief (Doc. No. 720), it is hereby **ORDERED** that the Motion is **DENIED**. The End Payor Class shall have **thirty (30) days** from the date of this Order in which to submit an amended notice plan and a renewed motion for approval of the form and manner of notice.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**