IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | |
| *Wisconsin, et al. v. Indivior Inc. et al.*<br>Case No. 16-cv-5073 | |
| **STATE OF WISCONSIN**<br>By Attorney General Brad D. Schimel, *et al.* | CIV. A. NO. 16-5073 |
| Plaintiffs,<br>v. | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | |
| Defendants. | |

## ORDER

**AND NOW** this 2nd day of February, 2022, upon consideration of Defendant Indivior, Inc.'s Renewed Motion to Disqualify Rochester Drug Co-Operative and Its Counsel from Representing the Direct Purchaser Class (Doc. No. 735), the Direct Purchaser Plaintiffs' Response (Doc. No. 737), the Direct Purchaser Plaintiffs' Notice of Supplemental Authority (Doc. No. 767), and Defendant Indivior, Inc.'s Response to the Notice of Supplemental Authority (Doc. No. 768), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

 */s/ Mitchell S. Goldberg*
 **MITCHELL S. GOLDBERG, J.**