IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STATE OF WISCONSIN<br>By Attorney General Josh Kaul, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC.; RECKITT BENCKISER HEALTHCARE (UK) LTD.; INDIVIOR PLC; and AQUESTIVE THERAPEUTICS, INC. f/k/a MONOSOL RX, LLC,<br><br>Defendants. | Civ. A. No. 16-cv-5073 |
| IN RE: SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2445<br><br>Master File No.<br><br>2:13-MD-2445-MSG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 5.1(c), the undersigned, Devin M. Laiho, of the State of Colorado Office of the Attorney General, hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Colorado in the above-captioned matter. Carla J. Baumel of the Colorado Office of the Attorney General will continue to represent Plaintiff State of Colorado which will not be without representation in this matter.

DATED: August 5, 2022

PHILIP J. WEISER
Attorney General

/s/ Devin M. Laiho
DEVIN M. LAIHO, 32272*
Senior Assistant Attorney General
Attorneys for State of Colorado

Ralph L. Carr Colorado Judicial Center 1300 Broadway, 7th Floor
Denver, Colorado  80203
Telephone: (720) 508-6000

FAX: (720) 508-6040
E-Mail: Devin.Laiho@coag.gov
*Counsel of Record

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I electronically filed the Withdrawal of Appearance of Devin M. Laiho with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Devin M. Laiho
DEVIN M. LAIHO, 32272*

Senior Assistant Attorney General

Attorneys for State of Colorado