UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | No. 2:13-md-02445-MSG-DRS |
| THIS DOCUMENT RELATES TO ALL ACTIONS. | |

**NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AND UNSEAL**

PLEASE TAKE NOTICE THAT non-parties City of Birmingham Retirement and Relief System and City of Sterling Heights Police & Fire Retirement System (collectively, the "Intervenors"), hereby withdraw their Motion to Intervene and Unseal filed herein on September 23, 2022 (the "Motion") (ECF No. 818). The Intervenors and the defendants to this Action have resolved the Motion by agreement.

DATED: October 14, 2022

SAXTON & STUMP
LAWRENCE F. STENGEL (PA #32809)

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL
280 Granite Run Drive, Suite 300
Lancaster, PA 17601
Telephone: 717/556-1000
717/441-3810 (fax)
lfs@saxtonstump.com

*Local Counsel For Intervenors*

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
MARIO ALBA JR.
ALAN I. ELLMAN
CHRISTOPHER T. GILROY
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631-367-7100
631-367-1173 (fax)
srudman@rgrdlaw.com
malba@rgrdlaw.com
aellman@rgrdlaw.com
cgilroy@rgrdlaw.com

*Counsel for Intervenors and Lead Counsel in City of Sterling Heights Class Action*

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
Thomas C. Michaud
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

*Additional Counsel for Intervenors*