Date of Notice:	March 10, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | : : : : | MDL NO. 2445 13-MD-2445 |
| THIS DOCUMENT RELATES TO:, | : : | |
| *Wisconsin, et al. v. Indivior Inc. et al.* Case No. 16-cv-5073 | : : : | |
| **STATE OF WISCONSIN** By Attorney General Brad D. Schimel, *et al.* | : : : | CIV. A. NO. 16-5073 |
| **Plaintiffs,** v. | : : : | |
| **INDIVIOR INC. f/k/a RECKITT BENCKISER PHARMACEUTICALS, INC., et al.** | : : : | |
| **Defendants.** | : : | |

**N O T I C E**

Please take notice that a TELEPHONE CONFERENCE regarding discovery dispute is scheduled for **Tuesday, March 14, 2023 at 2:00 p.m.** Counsel are directed to dial in as follows:

(1) Call:  888-684-8852; (2) Enter access code:  2187450#;  (3) Press # to enter as a participant.

FOR THE COURT:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to
Hon. Mitchell S. Goldberg**