# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*End Payor Plaintiff Actions* | MDL NO. 2445<br><br>Master File No. 2:13-MD-2445-MSG |

## UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF END PAYOR SETTLEMENT AND FOR RELATED RELIEF

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the named End Payor Plaintiffs hereby move for certification of an End Payor settlement class, preliminary approval of the End Payor Settlement with Defendant Indivior f/k/a Reckitt Benckiser Pharmaceuticals, Inc., approval of the form and manner of notice and for permission to disseminate such notice to the End Payor Class, the appointment of the Settlement Administrator, appointment of Escrow Agent, and the appointment of Class Counsel (the "Motion"). In support of the Motion, End Payor Plaintiffs rely on the accompanying memorandum of law, the Declaration of Kenneth A. Wexler, and the exhibits thereto. A proposed form of Order is attached.

Dated: August 19, 2023

Michael Buchman
Motley Rice LLC
777 Third Avenue, 27th Floor
New York, New York 10017
mbuchman@motleyrice.com

Respectfully submitted,

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Wexler Boley & Elgersma LLP
311 South Wacker Drive, Suite 5450
Chicago, IL 60606
(312) 346-2222
kaw@wbe-llp.com

Steve D. Shadowen  
Hilliard Shadowen LLP  
1135 W. 6th Street, Suite 125  
Austin, TX 78703  
steve@hilliardshadowenlaw.com  

Marvin A. Miller  
Miller Law LLC  
145 South Wells Street, Suite 1800  
Chicago, IL 60606  
(312) 332-3400  
mmiller@millerlawllc.com  

*Interim Co-Lead Counsel for the End Payor Class*

Jeffrey L. Kodroff  
Spector Roseman & Kodroff, P.C.  
2001 Market Street, Suite 3420  
Philadelphia, PA 19103  
Tel: (215)-496-0300  
jkodroff@srkattorneys.com  

*Liaison Counsel for End Payor Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2023, a true and correct copy of the foregoing document was electronically filed, will be available for viewing and downloading from the Court's ECF system and will be served by CM/ECF upon all counsel of record.

s/ *Kenneth A. Wexler*