# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION | MDL NO. 2445<br>13-MD-2445 |
| THIS DOCUMENT APPLIES TO ALL ACTIONS | |

### ORDER

**AND NOW**, this 30th day of August, 2023, upon consideration of Plaintiffs' Motions for Partial Summary Judgment as to the Relevant Antitrust Market (Doc. Nos. 701 and 703), Defendant's Response (Doc. No. 723), Plaintiffs' Reply (Doc. No. 745), and Plaintiffs' Notices of Supplemental Authority (Doc. Nos. 781 and 792), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:


*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**