THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*End Payor Plaintiff Actions* | MDL NO. 2445<br><br>Master File No. 2:13-MD-2445-MSG |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF END PAYOR SETTLEMENT AND FOR RELATED RELIEF**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the End Payor Plaintiffs hereby move this Court for final certification of the End Payor Class and final approval of the Settlement Agreement with Defendant Indivior, Inc. In support of this motion, End Payor Plaintiffs rely on the accompanying memorandum of law; the accompanying declarations of Kenneth A. Wexler and Eric J. Miller, with their accompanying exhibits; the record in this matter; the submissions made in connection with the End Payor Plaintiffs' Unopposed Motion for Preliminary Approval of End Payor Settlement and for Related Relief (Dkt. Nos. 928-934 & 973-1); this Court's order preliminarily approving the End Payor Settlement and granting other relief (Dkt. No. 935); and the arguments to be made at the October 19, 2023, final fairness hearing. A proposed form of Order is attached.

Dated: October 16, 2023

Marvin A. Miller
Miller Law LLC
145 South Wells Street, Suite 1800
Chicago, IL 60606
(312) 332-3400
mmiller@millerlawllc.com

Respectfully submitted,

/s/ Kenneth A. Wexler
Kenneth A. Wexler
Wexler Boley & Elgersma LLP
311 South Wacker Drive, Suite 5450
Chicago, IL 60606
(312) 346-2222
kaw@wbe-llp.com

Steve D. Shadowen  
Hilliard Shadowen LLP  
1135 W. 6th Street, Suite 125  
Austin, TX 78703  
steve@hilliardshadowenlaw.com

Michael M. Buchman  
Motley Rice LLC  
777 Third Avenue, 27th Floor  
New York, New York 10017  
mbuchman@motleyrice.com

*Interim Co-Lead Counsel for the End Payor Class*

Jeffrey L. Kodroff  
Spector Roseman & Kodroff, P.C.  
2001 Market Street, Suite 3420  
Philadelphia, PA 19103  
Tel: (215)-496-0300  
jkodroff@srkattorneys.com

*Liaison Counsel for End Payor Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, a true and correct copy of the foregoing document was electronically filed, will be available for viewing and downloading from the Court's ECF system and will be served by CM/ECF upon all counsel of record.

                                                                              s/ *Kenneth A. Wexler*