THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE SUBOXONE (BUPRENORPHINE HYDROCHLORIDE AND NALOXONE) ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Actions* | MDL NO. 2445<br><br>Master File No. 2:13-MD-2445-MSG |

**NOTICE OF JOINDER
BY CLASS REPRESENTATIVE ROCHESTER DRUG CO-OPERATIVE, INC.
AND ABSENT CLASS MEMBER MIAMI-LUKEN, INC.**

Class representative RDC and absent class member Miami-Luken, Inc. hereby notify the Court that each joins in the Supplemental Submission (ECF No. 993) filed by class counsel in further support of the Motion for an Award of Attorneys' Fees (ECF No. 992). In so doing, both hereby represent to the Court, by and through their undersigned counsel, that they find the revised award of attorneys' fees acceptable.

Dated: January 16, 2024

Respectfully submitted,

*/s/ Peter Kohn*
Peter Kohn
Joseph T. Lukens
Faruqi & Faruqi LLP
One Penn Center, Suite 1550
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103
(215) 277-5770

*Co-Lead Counsel for the Direct Purchaser Plaintiff Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2024, I electronically filed the foregoing using the CM/ECF system.

Respectfully submitted,

/s/ Peter Kohn
PETER KOHN